# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FIDELINA TORRES, et al., <br>     Plaintiffs, <br> v. <br> CARDENAS MARKETS, LLC, et al, <br>     Defendants. | Case No. 2:22-cv-01665-RFB-NJK <br><br> **ORDER** <br><br> [Docket No. 7] |

Pending before the Court is the parties' joint proposed discovery plan. Docket No. 7. The presumptively reasonable discovery period is 180 days. Local Rule 26-1(b)(1). Here, however, the parties seek a one-year discovery period based on generalized assertions regarding the complexity of Plaintiff's damages, and the need to retain several expert witnesses. Docket No. 7 at 1. When a specific showing has been made that established deadlines cannot be met in a particular circumstance, the Court has found good cause for extension. The instant request makes no specific showing at all and, instead, simply cites generalizations that could be made about all litigation.

Accordingly, the proposed discovery plan is **DENIED** without prejudice. An amended discovery plan must be filed by October 27, 2022. To the extent special scheduling review is sought therein, a specific showing must be made as to why the presumptively reasonable deadlines should not apply based on the particular circumstances of this case. Otherwise, the parties must include the default deadlines, properly calculated from the date of Defendant's answer or first appearance.

IT IS SO ORDERED.

Dated: October 20, 2022

                                                        Nancy J. Koppe <br>
                                                        United States Magistrate Judge