**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Cardenas Markets, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| Fidelina Torres and Abel Ernesto Ortega-Ozuna, Husband and Wife, | Case No.: 2:22-cv-1665 |
|---|---|
| Plaintiff, | |
| vs. | **Stipulation and Order to Dismiss with Prejudice** |
| Cardenas Markets, LLC; Doe Employee; Does II through V and Roe Corporations VI through X, inclusive, | |
| Defendant. | |

The parties stipulate to dismiss all claims in case 2:22-cv-1665, all parties to bear their own fees and costs. No trial date was set.

| **WILSON ELSER** | SIMON LAW |
|---|---|
| /s/ Michael P. Lowry | /s/ Benjamin Miller |
| Michael P. Lowry, Esq. | Daniel S. Simon, Esq. |
| Nevada Bar No. 10666 | Nevada Bar No. 4750 |
| Jonathan C. Pattillo, Esq. | Benjamin J. Miller, Esq. |
| Nevada Bar No. 13929 | Nevada Bar No. 10406 |
| Attorneys for Cardenas Markets, LLC | Attorneys for Plaintiffs |

## **ORDER**

IT IS SO ORDERED.

Dated: This 3d day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE

285022089v.1